UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DAIRLWEN JAVON DUNBAR, as
Administrator of the Estate of Stephanie
Dunbar,                                                                                        Plaintiff,

v.                                                                          Civil Action No. 3:23-cv-82-DJH-RSE

DWAYNE CLARK et al.,                                                                 Defendants.

\* \* \* \* \*

**ORDER**

Plaintiff Dairlwen Javon Dunbar and Defendant Wellpath, LLC have filed an agreed order of dismissal with prejudice as to Dunbar's claims against Wellpath. (Docket No. 44) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)  Dunbar's claims against Wellpath are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Wellpath, LLC as a defendant in the record of this matter.

(2)  The Clerk of Court shall **TERMINATE** the initial agreed order of dismissal. (D.N. 43)

(3)  All claims having been resolved (*see* D.N. 41), this matter is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

October 25, 2023

David J. Hale, Judge
United States District Court

1